**DIANNE C. KERNS, ESQ.**
**CHAPTER 13 TRUSTEE**
PMB #413
7320 NORTH LA CHOLLA #154
TUCSON AZ 85741
Telephone (520)544-9094
Fax (520)544-7894

**UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | ) CHAPTER 13 PROCEEDINGS |
| PATRICIA P. REYES | ) Case No.: 07-00929-TUC-EWH |
| | ) **Application for Payment of Unclaimed Funds to the U.S. Bankruptcy Court** |
| Debtor | ) |

Dianne C. Kerns, Standing Chapter 13 Trustee of the above-captioned bankruptcy estate, reports that the following dividend checks have been issued and returned as undeliverable and/or remained uncashed, and that more than (90) days have elapsed from the dates of issuance:

| **Check No.** | **Date Issued** | **Debtor/Creditor Name and Address** | **Amount** |
|---|---|---|---|
| 211568 | 07/30/2010 | PATRICIA P. REYES<br>4230 W. MOSSMAN RD.<br>TUCSON, AZ 85746 | $50.00 |
| | | **Total** | **$50.00** |

The Trustee asks that an order be entered to Section 347(a) of the Bankruptcy Code directing the Trustee to pay over the total amount of $50.00 to the Clerk of the Court to be deposited in the registry thereof.

Dated: 01/27/2011

**/s/ Dianne C. Kerns, #011557**
Dianne C. Kerns, Esq.
Chapter 13 Trustee